DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | **Case No.:**   **17-40121-BTR-11** |
| **DONNA E. NEWSOME** | **Chapter:**   **11** |
| XXX-XX-0099 | |
| 6813 Saddletree Trail | |
| Plano, TX 75023 | |
| **Debtor.** | |

---

### AFFIDAVIT OF DONNA NEWSOME  RE:  11 U.S.C. § 1116

BEFORE ME, the undersigned authority, on this day personally appeared Donna Newsome ("**Newsome**"), who after being duly sworn by me, and upon oath stating that she is over eighteen (18) years of age, of sound mind, and that he is qualified and competent in all respects to make this affidavit and to do so of his own personal knowledge, and further stated:

1. I am generally familiar with the day to day business operations, books and records, and business and financial affairs of my medical practice.

2. In the normal course of business operations the I do not prepare a "Cash Flow Statement", "Balance Sheets" or "Statements of Operations" (Profit & Loss).

Further affiant sayeth not.

Donna Newsome

Subscribed and sworn to before me the undersigned authority on this 23rd day of January, 2017, to certify which witness my hand and seal of office.

Notary public in and for the State of Texas

My Commission Expires: 6/3/2020

Barbara Drake
My Commission Expires
06/03/2020
ID No. 11853112

**Affidavit of Kevin Loper**